Certificate Number: 13858-PAM-DE-027842042

Bankruptcy Case Number: 12-01967


13858-PAM-DE-027842042

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on August 1, 2016, at 8:32 o'clock PM EDT, Brian George Sr. completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 1, 2016

By: /s/Victor Reyes

Name: Victor Reyes

Title: Counselor