IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| BRIAN MARK GEORGE, SR | : | |
| | : | CASE NO. 1:12-bk-01967 |
| | : | |
| | : | |
| Debtor(s) | : | |

## MOTION TO TERMINATE
## WAGE ATTACHMENT TO PAY TRUSTEE

Comes now the Debtor, Brian Mark George, Sr, by and through the Dorothy L.Mott Law Office, LLC, and moves this Court to terminate the Wage Attachment Order previously entered in this case, respectfully stating in support thereof as follows:

1. The Debtor filed a Chapter 13 Petition on April 3, 2012
2. The Debtor has completed all payments due under the plan and wishes to terminate the wage attachment.

Wherefore, the Debtor respectfully requests that this Honorable Court enter an Order terminating the Wage Attachment Order previously entered in this case.

          Respectfully submitted,

          /s/Dorothy L Mott
          _____

          Dorothy L. Mott, Esquire, Atty ID 43568
          Kara K. Gendron, Esquire, Atty ID 87577
          Mott & Gendron Law
          125 State Street
          Harrisburg, PA 17101
          Tel (717)232-6650
          Fax (717) 232-0477
          doriemott@aol.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | **:** | **CHAPTER 13** |
| **BRIAN MARK GEORGE, SR** | **:** | |
| | **:** | **CASE NO. 1:12-bk-01967** |
| | **:** | |
| | **:** | |
| **Debtor(s)** | **:** | |

**ORDER**

Upon consideration of the Motion to Terminate Wage Attachment filed by the Debtor in this case, and it appearing that the Debtor wishes to terminate the wage attachment, it is hereby Ordered and Decreed that the Wage Attachment Order is hereby terminated.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | CHAPTER 13 |
| BRIAN MARK GEORGE, SR : | |
| : | CASE NO. 1:12-bk-01967 |
| : | |
| : | |
| Debtor(s) : | |

## CERTIFICATE OF SERVICE

I certify that on August 3, 2016 I served a copy of the foregoing document(s) on the following parties:

| Name and Address | Mode of Service |
|---|---|
| CHARLES J DEHART, III ESQUIRE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036 | Electronically |
| CITY OF BALTIMORE<br>ATTN: PAYROLL DEPARTMENT<br>401 E FAYETTE STREET<br>BALTIMORE, MD 21202 | First Class Mail, Postage Prepaid |

I certify under penalty of perjury that the foregoing is true and correct.

Date: 08/03/2016               /s/Edith Warfel
                               _____
                               Mott & Gendron Law
                               125 State Street
                               Harrisburg, PA 17101
                               Tel: (717)232-6650
                               Fax: (717) 232-0477