```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                    Case No. 12-01967-MDF
Brian Mark George, Sr                                                     Chapter 13
       Debtor                        CERTIFICATE OF NOTICE
District/off: 0314-1          User: karendavi              Page 1 of 2             Date Rcvd: Aug 29, 2016
                              Form ID: 3180W               Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2016.
db             +Brian Mark George, Sr,    1605 Steeple Chase Drive,    Jarrettsville, MD 21084-2005
4079559         BANK OF AMERICA MORTGAGE,     475 CROSSPOINT PKWY,    NY2 001 02 14,    GETZVILLE, NY 14068
4111732         Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
4094177        ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
               (address filed with court: Columbia Gas of Virginia,     200 Civic Center Dr 11th Floor,
                 Columbus, OH  43215)
4079563        +COLUMBIA GAS OF PA,    PO BOX 910,    SMITHFIELD, PA 15478-0910
4079564         COMM OF PA DEPT L&I,    READING B&C UNIT UTCS,    625 CHERRY ST ROOM 203,
                 READING, PA 19602-1152
4079565         COMM OF PA DEPT OF REVENUE,     BUREAU OF COMPLIANCE,    PO BOX 280946,
                 HARRISBURG, PA 17121-0946
4079566        +EAST MANCHESTER TOWNSHIP,     5080 N SHERMAN STREET EXT,    MOUNT WOLF, PA 17347-9678
4079570         MET ED,   PO BOX 3687,    AKRON, OH 44309-3687
4100877        +Metropolitan Edison Company,     a FirstEngery Company,    331 Newman Springs Road Bldg 3,
                 Red Bank, NJ 07701-5688
4079571        +NATIONAL RECOVERY AGENCY,     2491 PAXTON STREET,    HARRISBURG, PA 17111-1036
4079573        +NORTHERN HEIGHTS,    150 NORTH POINT BLVD,    LANCASTER, PA 17601-4132
4079575        +SUZANNE H GRIEST, ESQ,    129 EAST MARKET STREET,    YORK, PA 17401-1221
4079578         YORK COUNTY DRS,    45 N GEORGE ST #2100,    YORK, PA 17401-1240

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              EDI: AIS.COM Aug 29 2016 18:53:00      Midland Funding LLC by American InfoSource LP as a,
                 Attn: Department 1,    PO Box 4457,    Houston, TX  77210-4457
4079557        +EDI: ALLIANCEONE.COM Aug 29 2016 18:53:00      ALLIANCE ONE,    4850 STREET RD SUITE 300,
                 TREVOSE, PA 19053-6643
4079558         EDI: ACCE.COM Aug 29 2016 18:53:00      ASSET ACCEPTANCE CORP,    PO BOX 2036,
                 WARREN, MI 48090-2036
4079560        +E-mail/Text: dehartstaff@pamd13trustee.com Aug 29 2016 18:50:41      CHARLES J DEHART, III, ESQ.,
                 8125 ADAMS DRIVE STE A,    HUMMELSTOWN PA 17036-8625
4079561        +EDI: CHASE.COM Aug 29 2016 18:53:00      CHASE,    ACCOUNT INQUIRIES,    PO BOX 15298,
                 WILMINGTON, DE 19850-5298
4079562         EDI: CITICORP.COM Aug 29 2016 18:53:00      CITI - SHELL,    C/O CITI,    PO BOX 6497,
                 SIOUX FALLS, SD  57117-6497
4079567        +EDI: CITICORP.COM Aug 29 2016 18:53:00      GOODYEAR/CBNA,    PO BOX 6497,
                 SIOUS FALLS, SD 57117-6497
4079568         EDI: HFC.COM Aug 29 2016 18:53:00      HSBC/BSTBY,    C/O HSBC,    90 CHRISTIANA ROAD,
                 NEW CASTLE, DE 19720-3118
4079569         EDI: IRS.COM Aug 29 2016 18:53:00      INTERNAL REVENUE SERVICE - CIO,    PO BOX 7346,
                 PHILADELPHIA, PA 19101-7346
4302495         EDI: AIS.COM Aug 29 2016 18:53:00      Midland Funding LLC,    by American InfoSource LP as agent,
                 Attn: Department 1,    PO Box 4457,    Houston, TX  77210-4457
4079572        +E-mail/Text: egssupportservices@egscorp.com Aug 29 2016 18:50:32      NCO FINANCIAL SYSTEMS INC,
                 507 PRUDENTIAL ROAD,    HORSHAM, PA 19044-2368
4162218         EDI: PRA.COM Aug 29 2016 18:53:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
4150767         EDI: VERIZONEAST.COM Aug 29 2016 18:53:00      VERIZON,    PO BOX 3037,
                 BLOOMINGTON, IL  61702-3037
4079577        +EDI: WFFC.COM Aug 29 2016 18:53:00      WFF CARDS,    3201 N FOURTH AVENUE,
                 SIOUX FALLS, SD 57104-0700
4087655         EDI: WFFC.COM Aug 29 2016 18:53:00      Wells Fargo Bank NA,    PO Box 10438,
                 Des Moines IA    50306-0438
                                                                                              TOTAL: 15

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4342212        Gregory Javardian, Esquire
4079574       ##+ROBIN GEORGE,    170 BRENDAN MEWS,    MOUNT WOLF, PA 17347-9202
4079576        ##VERIZON BANKRUPTCY ADMIN.-EAST,     PO BOX 3037,    BLOOMINGTON, IL 61702-3037
                                                                                   TOTALS: 1, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2016 at the address(es) listed below:

      Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
      Dorothy L Mott    on behalf of Debtor Brian Mark George, Sr DorieMott@aol.com,
      KaraGendronECF@gmail.com;kristinkmessneresquire@msn.com;doriemott01@yahoo.com;bethsnyderecf@gmail.com
      Jill Manuel-Coughlin    on behalf of Creditor    BANK OF AMERICA, N.A. jill@pkjllc.com,
      chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com
      Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
      bkgroup@kmllawgroup.com
      Kara Katherine Gendron    on behalf of Debtor Brian Mark George, Sr karagendronecf@gmail.com,
      doriemott@aol.com;doriemott01@yahoo.com;bethsnyderecf@gmail.com
      United States Trustee    ustpregion03.ha.ecf@usdoj.gov

      TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Brian Mark George Sr** | Social Security number or ITIN xxx–xx–3339 |
| | First Name   Middle Name   Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN ____ |
| | | EIN __–_____ |
| United States Bankruptcy Court | **Middle District of Pennsylvania** | |
| Case number: | **1:12–bk–01967–MDF** | |

# Order of Discharge                                                                                       12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Brian Mark George Sr

**By the court:** *Mary D. France*

August 29, 2016

Honorable Mary D. France
United States Bankruptcy Judge

By: karendavis, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

  ♦ debts that are domestic support obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**